**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: David Lekiashvili<br>       Andrija Cutraro<br><br>                    Debtor(s) | CHAPTER 7<br><br>BKY. NO. 17-13803 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Bank of America, N.A. and index same on the master mailing list.

                      Respectfully submitted,

                      **/s/ Matteo S. Weiner, Esquire**
                      Matteo S. Weiner, Esquire
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322 FAX (215) 627-7734