United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
David Lekiashvili
Andrija Cutraro
     Debtors

Case No. 17-13803-jkf
Chapter 7

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: PaulP | Page 1 of 1 | Date Rcvd: Aug 24, 2017 |
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.
db/jdb     +David Lekiashvili,   Andrija Cutraro,   301 Heights Lane,   Apt 49C,   Feasterville, PA 19053-7659

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2017 at the address(es) listed below:
        BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
        EMANUEL R. KOSACCI    on behalf of Joint Debtor Andrija Cutraro ekosacci@mypalaw.com
        EMANUEL R. KOSACCI    on behalf of Debtor David Lekiashvili ekosacci@mypalaw.com
        MATTEO SAMUEL WEINER    on behalf of Creditor Bank of America, N.A. bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor Bank of America, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM EDWARD CRAIG    on behalf of Creditor Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
        TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Andrija Cutraro<br>David Lekiashvili<br>　　　　　　　　　Debtor(s) | | CHAPTER 7 |
| Bank of America, N.A.<br>　　　　　　　　　Movant<br>vs. | | NO. 17-13803 JKF |
| Andrija Cutraro<br>David Lekiashvili<br>　　　　　　　　　Debtor(s) | | 11 U.S.C. Section 362 |
| Bonnie B. Finkel Esq.<br>　　　　　　　　　Trustee | | |

**ORDER**

AND NOW, this 23rd day of August, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362, is modified to permit Bank of America, N.A., and its successor in title to take possession and sell, lease, and otherwise dispose of the U 2015 Chevrolet Silverado ("Vehicle"), bearing a VIN Number 1GC4K0C88FF512978.

cc: See attached service list

　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Andrija Cutraro
301 Heights Lane
Apt 49C
Feasterville, PA 19053

David Lekiashvili
301 Heights Lane
Apt 49C
Feasterville, PA 19053

Emanuel R. Kosacci, 4821 E. Street Road
Feasterville, PA 19053

Bonnie B. Finkel Esq.
P.O. Box 1710 (VIA ECF)
Cherry Hill, NJ 08034

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532